**No. 53571.**—Van Gelder Fanto Corp. et al. *v.* United States, protests 147041–K, etc. (New York).

Opinion by Cole, J. It was stipulated that the merchandise consists of ox gall and sheep gall the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53572.**—Wilson & Co., Inc. *v.* United States, protest 149282–K (New York).

Opinion by Cole, J. It was stipulated that the merchandise consists of "ox-gall concentrate and/or sheep-gall concentrate" the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53573.**—George A. Breon & Company *v.* United States, protests 138610–K and 141150–K (St. Louis).

Opinion by Cole, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.